IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES W. EDEN

Plaintiff,

vs.                                                                 CIV NO. 02 - 0423 M/LFG

LANCE VOSS; PETER MAGGIORE;
ANA MARIE ORTIZ; EBERLINE ANALYTICAL
CORPORATION; AND RINCHEM COMPANY, INC.

Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before me on the Defendants' Ana Marie Ortiz and Peter Maggiore Motion for Sanctions for Attorney Ghostwriting. Defendants argue that the quality of the pleadings of pro se Plaintiff James Eden leads them to believe Plaintiff is receiving substantial legal assistance from an attorney or someone with legal training. Plaintiff denies, under penalty of perjury, that he is receiving any assistance from any attorney. I am also taking judicial notice that this is the fourth lawsuit of which I am aware in which Plaintiff is involved. Therefore, based upon the averments of the Plaintiff that he is truly participating in this lawsuit as a pro se party, I am denying the Motion for Sanctions.

_____
SENIOR UNITED STATES JUDGE